UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERRYL AUGUSTE,

Plaintiff,

-v.-

WOMEN IN NEED, INC.; DWAYNE
MESSAM; and CITY OF NEW YORK,

Defendants.

25 Civ. 7031 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court has received an email from Plaintiff asking for the Court's attention to her motion for the appointment of *pro bono* counsel; as it happened, the Court granted that motion on November 20, 2025. (*See* Dkt. #23). However, as the Court explained in its November 20, 2025 Order, its authorization does not guarantee the appointment of *pro bono* counsel in a civil case. As of the date of this Order, no counsel has accepted this case — either on a limited basis or in its totality. Concerned about any undue delay, the Court hereby ORDERS that the search for *pro bono* counsel shall continue until **March 31, 2026**. After that date, the case shall proceed to discover, regardless of whether Plaintiff is counseled or remains *pro se*.

In addition, the Court has read with care Plaintiff's discussion of her housing issues. The Court expects and hopes that her transfer request will be considered by Defendants seriously and taken in good faith.

Finally, Plaintiff is reminded that she cannot contact the Court directly, either by email or by phone. Any communication must be made through the Pro Se Office.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff at her address of record.

SO ORDERED.

Dated: January 12, 2026
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2