UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERRYL AUGUSTE,

Plaintiff,

-v.-

WOMEN IN NEED, INC.; DWAYNE
MESSAM; and CITY OF NEW YORK,

Defendants.

25 Civ. 7031 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court has received Plaintiff's emergency motion for a Temporary Restraining Order ("TRO") and supporting papers (Dkt. #28-29) as well as Defendants' response (Dkt. #31).  The Court accepts Defendants' representation as officers of the court that Plaintiff's transfer request has been approved and that there are no new reports or investigations being conducted of Plaintiff and her children by ACS.  The Court hopes that Plaintiff's transfer will be conducted in an expeditious manner.  For these reasons, Plaintiff's emergency motion for a TRO is hereby DENIED.

The Clerk of Court is directed to terminate the pending motion at docket entry 28.  The Clerk of Court is further directed to mail a copy of this Order to Plaintiff at her address of record.

SO ORDERED.

Dated:   February 9, 2026
           New York, New York

KATHERINE POLK FAILLA
United States District Judge