UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERRYL AUGUSTE,

                    Plaintiff,

          -v.-

WOMEN IN NEED, INC.; DWAYNE
MESSAM; and CITY OF NEW YORK,

                    Defendants.

25 Civ. 7031 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Despite months of trying, the Court has not found any pro bono counsel willing to represent Plaintiff either on a limited basis for discovery or for all purposes in this case.  Accordingly, the parties are directed to meet and confer and jointly propose a Civil Case Management Plan and Scheduling Order based on the template available on the Court's website on or before **April 10, 2026**.

Plaintiff may seek legal advice and assistance from the City Bar Justice Center ("CBJC"), which operates the SDNY Federal Pro Se Legal Assistance Project to assist self-represented parties with civil cases in the Southern District of New York.  Information about CBJC can be found at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

The Court has been advised that there is a higher likelihood — though not a certainty — that pro bono counsel may be appointed for the limited purpose of representing Plaintiff for settlement purposes.  If both parties believe that a referral to Magistrate Judge Netburn or to the Court-annexed

mediation program for settlement purposes would be helpful, they should promptly inform the Court, and the Court will attempt to secure limited scope representation for Plaintiff.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff at her address of record.

SO ORDERED.

Dated:   March 16, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2