**Cherryl Auguste, Plaintiff**

v.

**Women In Need, Inc., et al., Defendants**
**Case No. 1:25-cv-07031 (KPF)**

**MEMO ENDORSED**

**Honorable Judge,**

I respectfully write in response to the Court's denial of my emergency motion and to urgently request reconsideration.

I also need to bring to the Court's attention that I specifically requested that my motion be heard before any decision was made. That did not occur. I was not given an opportunity to be heard before the ruling, and as a result, my full circumstances and the severity of what my family is experiencing were not fully presented to the Court. I respectfully believe this was a critical issue, as my voice and the urgency of this matter were not heard before a decision was made.

For over two years, my children and I have been subjected to ongoing harm, control, and abuse connected to a public figure. These harms are not in the past—they are continuing while we remain in the New York City shelter system. I filed this lawsuit seeking accountability, yet the abuse has continued in different forms, including what I experience as control over our housing options, resources, and ability to leave the shelter system.

Remaining in this system is not neutral—it is allowing the harm to continue. I am living in conditions where I feel controlled, unsafe, and unable to move forward with my life. Keeping my family in the shelter system is, from my perspective, enabling the continuation of these harms.

I am asking the Court to understand the seriousness of this situation. This is not simply about housing—it is about ongoing harm, safety, and my ability to live without continued control and abuse. My mental health has been severely impacted, and I am struggling to continue under these conditions.

I respectfully request:

- **Reconsideration of the denial of my emergency motion**
- **An opportunity to be heard, including a hearing or conference before any further decision is made**
- **Immediate intervention requiring Defendants to act to remove my family from the shelter system and provide safe, stable housing**

This matter is urgent. I am asking the Court to hear my voice and take immediate action to prevent further harm to me and my children.

**Thank you for your time and consideration.**

**Respectfully,**
 **Cherryl Auguste**


Application DENIED.

As the Court has already explained twice (*see* Dkt. #43, 47), it is
unable to order the relief that Plaintiff seeks.  Therefore, a hearing
on this motion and related motions would be futile.

The Clerk of Court is directed to terminate the pending motion at
docket entry 48 and to mail a copy of this endorsement to Plaintiff at
her address of record.

Dated:     April 20, 2026            SO ORDERED.
           New York, New York


HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE