USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/2026

Plaintiff's request to participate in the settlement conference remotely is GRANTED. The Court will send dial-in information in advance of the conference. Defendants shall advise the Court by July 15, 2026, whether they also wish to appear by telephone or whether counsel and/or their client representatives intend to appear in person.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: July 8, 2026
New York, New York

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Cherryl Auguste,**
Plaintiff,

v.

**Women In Need, Inc., et al.,**
Defendants.

Case No. **1:25-cv-07031**

---

## LETTER MOTION FOR PERMISSION TO APPEAR REMOTELY AT SETTLEMENT CONFERENCE AND NOTICE OF CHANGE OF ADDRESS

**Honorable Katherine Polk Failla**
United States District Judge

Dear Judge Failla,

Plaintiff Cherryl Auguste respectfully submits this letter motion requesting permission to appear **remotely via Zoom or other Court-approved video platform** at the settlement conference scheduled for **August 18, 2026**.

Since the commencement of this action, Plaintiff has relocated from New York to Florida and no longer resides in New York. Plaintiff's current address is:

**1507 Pearl Ave S**
**Lehigh Acres, FL 33976**

Plaintiff respectfully requests that the Court update her address of record and ensure that all future correspondence in this matter is directed accordingly.

Plaintiff further requests permission to attend the settlement conference remotely due to her current out-of-state residence and the significant logistical burden of travel. Plaintiff also respectfully submits that, given the circumstances surrounding her prior experiences in New York related to this matter, in-person attendance would cause substantial hardship. Remote participation would ensure Plaintiff is able to fully and meaningfully participate in the settlement conference while avoiding unnecessary delay or prejudice to the proceedings.

Plaintiff confirms she is prepared to participate in good faith, remain available for the entire duration of the settlement conference, and comply with any technological or procedural requirements established by the Court or the assigned mediator.

Accordingly, Plaintiff respectfully requests that the Court:

1. Grant leave for Plaintiff to appear at the **August 18, 2026 settlement conference remotely via Zoom or other Court-approved platform**; and
2. Direct that Plaintiff's address of record be updated to:
   **1507 Pearl Ave S, Lehigh Acres, FL 33976**

Plaintiff thanks the Court for its time and consideration and remains available to comply with any further instructions.

Respectfully submitted,

**Cherryl Auguste**
Plaintiff, Pro Se
(407) 717-4932
unbrokenfoundation.inc@gmail.com